FILED

09/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0119

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0119

_____

DEREK JOHN RAIRDAN,

     Petitioner and Appellant,

vs.

                                 O R D E R

STATE OF MONTANA,

     Respondent and Appellee.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Heidi Ulbricht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 8 2021